**JS 44** (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
MAI-TRANG THI NGUYEN

**DEFENDANTS**
STARBUCKS COFFEE CORPORATION

(b) County of Residence of First Listed Plaintiff (EXCEPT IN U.S. PLAINTIFF CASES)
SAN FRANCISCO COUNTY

County of Residence of First Listed Defendant (IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
I AM MY OWN ATTORNEY
4135 CESAR CHAVEZ, #12
SAN FRANCISCO, CA 94131

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury

**CIVIL RIGHTS**
- [ ] 441 Voting
- [X] 442 Employment
- [ ] 443 Housing/Accommodations
- [ ] 444 Welfare
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 440 Other Civil Rights

**TORTS — PERSONAL INJURY**
- [ ] 362 Personal Injury — Med. Malpractice
- [ ] 365 Personal Injury — Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**PRISONER PETITIONS**
- [ ] 510 Motions to Vacate Sentence
- Habeas Corpus:
- [ ] 530 General
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

**FORFEITURE/PENALTY**
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 R.R. & Truck
- [ ] 650 Airline Regs.
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [ ] 730 Labor/Mgmt. Reporting & Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 463 Habeas Corpus - Alien Detainee
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS — Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Sat TV
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 895 Freedom of Information Act
- [ ] 900 Appeal of Fee Determination Under Equal Access to Justice
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)
[X] SAN FRANCISCO/OAKLAND    [ ] SAN JOSE

DATE: 7/5/08
SIGNATURE OF ATTORNEY OF RECORD: Mai-Trang Thi Nguyen

1  MAI-TRANG THI NGUYEN    E-filing
   Name and Address
2  4135 CESAR CHAVEZ, #12
3  SAN FRANCISCO, CA 94131

**ORIGINAL FILED**
JUL 11 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No. CV 08 3354 EDL

MAI-TRANG THI NGUYEN
Plaintiff / Petitioner

VS.

STARBUCKS COFFEE CORPORATION
Defendant / Respondent

Document Name:

July 9th, 2008
Wednesday (6:48 a.m.)

Dear US Federal Court Judge:

My name is Mai-Trang Thi Nguyen and I've never written a formal letter of complain in my 35 years of living in this life until now. Unfortunately, I have exhausted all avenues in trying to bring up my serious issues before pursuing this route. I have waited long enough to make sure that my complains are valid because the last thing I would want to do is to waste your time, tax payers' money, Starbucks' time, and my time. Because Starbucks Coffee Corporation failed to act on my serious complains as required by the U.S. Federal laws, I am now suffering with mental and physical disabilities that make me function like an elderly woman even though I am only a 35-year-old young lady.

I took on a job at Starbucks Coffee Corporation as a barista around 9 months ago because I was informed by Oprah on her show that it was a good company to work for if you would like to have full health insurance for you and your family at a small price while working for only 20 hours a week. Because I know health insurance is very expensive, I valued my job as a barista even though it only earned $9.25/hour. The goal for my future at this period of my life is to be a professional mother while working part-time at Starbucks Coffee Corporation and still be able to have health-insurance for me, my future husband, and my future children. Although I am no where near having a boyfriend, or husband or children, I worked tirelessly hard and I devoted whole-heartedly to this company because of the health-insurance plan for my future children and because I like the company's written statement of their virtues towards its community: respect and dignity.

Little did I know that this job caused me so much pain and sufferings as human being that I am not able to function very well as a human being after working at Starbucks Coffee Corporation for only 8 months. Before this job at Starbucks Coffee Corporation , I was a high-school credential history teacher, non-credential business teacher, and substitute teacher for 3 years in the Bay Area. Prior to that I used to work in the corporate advertising/ad operations fields at Infoseek.com, Women.com, and Doubleclick.net.

I have never experienced so much prejudice and discrimination against who I represent living as a straight Asian-American female until my experience working at Starbucks Coffee Corporation. I am now completely disenchanted and heart-broken because Starbucks Coffee Corporation failed to protect my basis rights as a US citizen while working for them. The followings list my discrimination imposed by the staff at the Starbucks store on 1899 Union Street in San Francisco:
1.     Because my race is of Asian-descend, I don't get the same protection from the upper-management staff (shift supervisors, senior shift supervisor, assistant manager, and manager). They were all non-Asians.
2.     Because my religion is not Christianity, I don't get the same protection from upper-management staff (shift supervisors, senior shift supervisor, and assistant manager)

and other baristas. They were all Christians or favored Christianity.
3.      Because my sex is female, I don't get the same protection from upper management (shift supervisor, senior shift supervisor, and assistant manager)
4.      Because my sexual orientation is straight, I don't get the same protection as another barista who is gay/lesbian/transsexual. The upper-management staff (senior shift supervisor, assistant manager, manager, and district manager) were all gays and lesbian.

Currently I am not working and using my small savings to finance my rest while waiting for Starbucks Coffee Corporation's decision to grant me work compensation. I just got out of physical therapy granted by the company. In the meantime, I'm working extremely hard to fight for my basis rights for employment by pursuing this lawsuit without a lawyer because I would like to represent all the normal single male or female of the world who can use his or her brain and his or her passion to defend his or her rights without being born in a rich family, or connection to a fancy lawyer, or having a law degree, or having perfect English.

Although I can take out whatever I have left in my 401K plan to finance the fee of this lawsuit application, I would like to ask if you can grant me that fee in order for all the normal male or female of the world to know that even though they are poor or have no connection to the law, they will also have the equal access to the law fighting for their basic rights of employment in America.

I thank you for your time and consideration and I hope to hear from you soon.

Sincerely,

*[signature]*

Mai-Trang Thi Nguyen

p.s. I vowed to GOD that when I win this lawsuit against Starbucks Coffee Corporation, I will donate 50% of my winnings as individual college/traveling scholarships under Starbucks' name to all the good-hearted children around the world because I really feel that a college degree couples with traveling help people reduce their prejudice thinking and action. I will personally pick the children myself and it doesn't matter if they are white or black, rich or poor, ugly or pretty, gay/straight/bi/transexual, etc. Some of my winnings will go to random adults that I meet along the way in order to help our community thrive to be better than it is.