ORIGINAL

FILED

JUL 11 2008

E-filing

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MAI-TRANG THI NGUYEN
                    Plaintiff,

vs.

STARBUCKS COFFEE CORPORATION
                    Defendant.

CASE NO. CV 08 3354 EDL

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, MAI-TRANG THI NGUYEN, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?     Yes ✓   No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $1,400 / month     Net: $1,100 / month

Employer: STARBUCKS COFFEE CORPORATION

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 and wages per month which you received.

2 _____

3 _____

4 _____

5  2.     Have you received, within the past twelve (12) months, any money from any of the

6 following sources:

7        a.     Business, Profession or              Yes ____ No ✓

8               self employment?

9        b.     Income from stocks, bonds,           Yes ____ No ✓

10              or royalties?

11       c.     Rent payments?                       Yes ✓ No ____

12       d.     Pensions, annuities, or              Yes ____ No ✓

13              life insurance payments?

14       e.     Federal or State welfare payments,   Yes ____ No ✓

15              Social Security or other govern-

16              ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount

18 received from each.

19 $1450/month for rental of my condo in

20 South San Francisco but it goes directly to my mortgage

21  3.     Are you married?                          Yes ____ No ✓

22 Spouse's Full Name: _____

23 Spouse's Place of Employment: _____

24 Spouse's Monthly Salary, Wages or Income:

25 Gross $_____ Net $_____

26  4.     a.    List amount you contribute to your spouse's support:$ _____

27        b.    List the persons other than your spouse who are dependent upon you for support

28              and indicate how much you contribute toward their support.  (NOTE: For minor

1   children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2   _____

3   _____

4   5.   Do you own or are you buying a home?   Yes ✓  No ___

5   Estimated Market Value: $ 450,000  Amount of Mortgage: $ $1200

6   6.   Do you own an automobile?   Yes ___ No ✓

7   Make _____ Year _____ Model _____

8   Is it financed? Yes ___ No ___ If so, Total due: $ _____

9   Monthly Payment: $ _____

10  7.   Do you have a bank account?  Yes ✓  No ___ (Do not include account numbers.)

11  Name(s) and address(es) of bank: WASHINGTON MUTUAL IN

12  SAN FRANCISCO

13  Present balance(s):  $ 700

14  Do you own any cash? Yes ___ No ✓ Amount: $ _____

15  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16  market value.)   Yes ___ No ✓

17  _____

18  8.   What are your monthly expenses?

19  Rent: $ $875/month   Utilities: $60/month

20  Food: $ $500/month   Clothing: $100/month

21  Charge Accounts:

22  Name of Account        Monthly Payment        Total Owed on This Account

23  _____             $ _____           $ _____

24  _____             $ _____           $ _____

25  _____             $ _____           $ _____

26  9.   Do you have any other debts? (List current obligations, indicating amounts and to whom

27  they are payable. Do not include account numbers.)

28  _____

1
2  10.    Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ___  No ✓
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6
7
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11  7/5/08                          *Mai-Phuong Thi Nguy*[signature]
12      DATE                         SIGNATURE OF APPLICANT
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 4 -