**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.3694



RICHARD W. WIEKING
CLERK OF COURT

July 24, 2008

Mai-Trang Thi Nguyen
4135 Cesar Chavez, #12
San Francisco, CA 94131

**Re: C 08-03354** EDL
**MAI-TRANG THI NGUYEN** v. **STARBUCKS COFFEE CORP.**

Dear Counsel:

  This matter has been assigned to Magistrate Judge Elizabeth D. Laporte for all purposes including trial.

  The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

  A review of the file discloses that the Consent /Declination to Proceed Before a United States Magistrate has not been filed in this case. Please select **one** of the attached forms documenting your consent or request for reassignment and file it with the Court by **August 6, 2008.** These forms can also be found on the Court's website at www.cand.uscourts.gov.

  Thank you.

                 RICHARD W. WIEKING

              By: _LiliMHarrell_____
                 Lili M. Harrell
                 Deputy Clerk

Attachments

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**MAI-TRANG THI NGUYEN**

    Plaintiff,                                No. C **08-03354** EDL

    v.                                      **CONSENT TO PROCEED BEFORE A**
                                              **UNITED STATES MAGISTRATE JUDGE**

**STARBUCKS COFFEE CORP.**

    Defendant.
_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _____                 _____
                                                                    Signature

                                                                    Counsel for _____
                                                                    (Name or party or indicate "pro se")

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**MAI-TRANG THI NGUYEN**

    Plaintiff,

v.

**STARBUCKS COFFEE CORP.**

    Defendant.
_____/

No. C **08-03354** EDL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A DISTRICT JUDGE**,

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____        _____
                                                                        Signature

                                                                        Counsel for _____
                                                                        (Name or party or indicate "pro se")