**Name and Address**
MAI-TRANG THI NGUYEN
4135 CESAR CHAVEZ, #12
SAN FRANCISCO, CA 94131

FILED
08 AUG -1 AM 9:03
RICHARD W. WIEKING

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

EDL

MAI-TRANG THI NGUYEN
**Plaintiff / Petitioner**

VS.

STARBUCKS COFFEE CORPORATION
**Defendant / Respondent**

Case No. CV08 3354

Document Name:
PRICE OF LAWSUIT
$250,000,000

- 
- 

July 30th, 2008

Dear U.S. Federal Judge,

I would like to include another very important piece of information into my complaint for my lawsuit against Starbucks Coffee Corporation. I fully intend to sue Starbucks Coffee Corporation for $250,000,000 for the damages of my emotional and physical injuries inflicted by the company's failure to comply with U.S. federal laws to protect my rights as a U.S. citizen.

Sincerely,

Mai-Trang Thi Nguyen