1  MAI-TRANG THI NGUYEN, *Pro Per*
   furlyboogerface@yahoo.com
2  4135 Cesar Chavez, #12
   San Francisco, CA 94131
3  PLAINTIFF

4  JEFFREY A. HOLLINGSWORTH
   (admitted *pro hac vice*)
5  JHollingsworth@PerkinsCoie.com
   **PERKINS COIE LLP**
6  1201 Third Avenue, Suite 4800
   Seattle, WA 98101
7  Telephone: (206) 583-8888
   Facsimile: (206) 583-8500
8
   FARSCHAD FARZAN, Bar No. 215194
9  FFarzan@PerkinsCoie.com
   **PERKINS COIE LLP**
10 Four Embarcadero Center, Suite 2400
   San Francisco, CA 94111-4131
11 Telephone: (415) 344-7000
   Facsimile: (415) 344-7050
12
   Attorneys for Defendant
13 STARBUCKS CORPORATION

14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16
                        SAN FRANCISCO DIVISION
17

18 | MAI-TRANG THI NGUYEN,        | No. C-08-03354 CRB and related case
19 |                              | No. C-09-00047 CRB
   |         Plaintiff,           |
20 |                              | **JOINT STIPULATION TO CONTINUE
   |    v.                        | TRIAL DATE AND [PROPOSED]
21 |                              | ORDER**
   | STARBUCKS CORPORATION,       |
22 |                              |
   |         Defendant.           |
23

24        Pursuant to Local Rule 6-2, the parties jointly submit this Stipulation.

25        WHEREAS, the trial of the related cases is currently set to begin on November 16, 2009;

26        WHEREAS, defendant Starbucks Corporation ("Starbucks") will be filing a Motion for

27 Summary Judgment, or in the Alternative, Partial Summary Judgment ("Summary Judgment

28 Motion"); and

1  WHEREAS, Starbucks' filing of the Summary Judgment Motion may moot any need for a
2  trial of the related cases.
3  It is hereby STIPULATED AND AGREED by and between the undersigned counsel for
4  Starbucks and plaintiff Mai-Trang Thi Nguyen, *pro per*, as follows:
5  (1) The trial of the related cases will be continued from November 16, 2009 until
6  February 8, ~~2009~~.

7  Respectfully submitted,

8  DATED: September 30, 2009

9
10  By: _____/s/_____
    Mai-Trang Thi Nguyen

11  Plaintiff in *Pro Per*

12  DATED: September 30, 2009   **PERKINS COIE LLP**
13

14  By: _____/s/_____
    Farschad Farzan
15
16  Attorneys for Defendant
    STARBUCKS CORPORATION

-2-

1  [PROPOSED] ORDER

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4  DATED: OCTOBER 05, 2009  _____
   HONORABLE CHARLES R. BREYER
5                              UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

JOINT STIPULATION TO CONTINUE TRIAL DATE AND [PROPOSED] ORDER
No. C-08-03354 CRB and related case No. C-09-00047 CRB
18177-0211/LEGAL17035040.1