IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAI-TRANG THI NGUYEN,

    Plaintiff,

  v.

STARBUCKS COFFEE CORP.,

    Defendant.

No. C 08-03354 CRB
No. C 09-0047

**JUDGMENT**

The Court, having granted Defendant Starbucks' Motion for Summary Judgment, enters judgment in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: December 22, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\3354\Judgment.wpd